

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00803-CR

Pedro **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR13315
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 4, 2020.

_____
Beth Watkins, Justice